UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>5.1 ACRES OF LAND, more or less situate in Klickitat County, State of Washington, and MARTIN NYE, et al.,<br><br>　　　　　　　Defendant. | NO: 2:12:CV-3145-RMP<br><br>FINAL JUDGMENT |

Upon consideration of the Stipulation of Just Compensation executed by the United States of America and all defendants herein at ECF No. 70, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1.　The United States filed its Complaint in Condemnation (ECF No. 1) and Declaration of Taking (ECF No. 2), and then deposited $5,800 ("Deposit") into the Registry of the Court on December 7, 2012 (ECF No. 4). At that time, title to the property, as set forth in the Declaration of Taking, vested in the United States.

FINAL JUDGMENT ~ 1

2. The subject property consists of easements over approximately 5.1 acres located in Klickitat County, Washington, as more particularly described in the Declaration of Taking filed herein ("subject property"). The underlying land is owned in fee simple by Centerville Holdings, LLC, a Washington limited liability company created and controlled by Martin N. Nye and Cherie C. Nye.

3. In order to settle this condemnation action, the parties agree that the just compensation payable by the United States for the taking of the property and estates described in the Declaration of Taking filed herein (ECF No. 2), together with all improvements thereon and appurtenances thereunto belonging, shall be the sum of $22,500 inclusive of interest, attorneys' fees, and costs. *See* ECF No. 70, Stipulation of Just Compensation.

4. Judgment shall be, and is hereby, entered against the United States in the amount of $22,500.

5. Seven parties initially named in this suit, State of Washington, Western PCS I Corporation and its successor in interest T-Mobile West LLC, Windy Point Partners, LLC, Windy Point Flats, LLC, Southern California Public Power Authority, and the County of Klickitat, Washington, previously disclaimed any interest in the subject property and were dismissed from this case without prejudice, *see* ECF Nos. 13, 22, 24, 25, 27, 31, 44, 46, 71, and 72. As such, these parties are not entitled to any distribution of the just compensation to be paid for the taking of the Property.

FINAL JUDGMENT ~ 2

6. As the United States has previously deposited $5,800 as estimated just compensation, the deficiency amount between this amount and the agreed settlement of $22, 500 is $16,700.  The United States shall pay into the Registry of the Court the deficiency amount of $16,700.  Should said deposit into the Registry not be made within 60 days of the entry of this order of judgment, any unpaid portion of the $16,700 deficiency shall accrue statutory interest for each day until deposited.

7. The said sum of $22,500 shall be full and just compensation and in full satisfaction of any and all claims of whatsoever nature against the United States by reason of the institution and prosecution of this action and taking of the said lands and all appurtenances thereunto belonging.

8. The said sum of $22,500 shall be subject to all liens, encumbrances, and charges of whatsoever nature existing against the said property at the time of vesting of title thereto in the United States and all such taxes, assessments, liens and encumbrances shall be payable and deductible from the said sum.

9. Defendants Centerville Holdings, LLC, and Mr. and Mrs. Nye warrant that on the date of taking, it had exclusive right to the compensation herein, excepting the interest of parties having liens or encumbrances of record and unpaid taxes and assessments, if any, and that no other person or entity is entitled to the same or any part thereof.  In the event that any other party is ultimately determined by a court of competent jurisdiction to have any right to receive compensation for the

FINAL JUDGMENT ~ 3

property taken in this case, Centerville Holdings, LLC, and Mr. and Mrs Nye shall refund into the Registry of the Court the compensation distributed herein, or such part thereof as the Court may direct, with interest thereon calculated in accordance with the provision of 40 U.S.C. § 3116, from the date of the receipt of the deposit by Defendant to the date of repayment into the Registry of the Court.

10. The parties shall be responsible for their own legal fees, costs, and expenses (including attorney fees, consultants' fees, and any other expenses).

11. Upon the United States depositing the deficiency into the Registry of the Court, the Clerk of the Court shall, without further order of this Court, disburse to Defendant Centerville Holdings, LLC, and Mr. and Mrs. Nye, with check payable to:

<u>Martin Nye</u>

at the following address:

Stephen G. Leatham
Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Blvd., Suite 100
Vancouver, WA 98666-0622

all sums on deposit in the Registry of the Court, together with any interest earned thereon while on deposit.

/ / /

/ / /

/ / /

FINAL JUDGMENT ~ 4

12. Following disbursement of the above sums to the Defendants, this case shall be **CLOSED**.

This District Court Clerk is directed to enter this order and provide copies to counsel and to Financial Specialist Sheri Wohl.

**DATED** this 10 day of September 2015.

                            *s/ Rosanna Malouf Peterson*
                            ROSANNA MALOUF PETERSON
                            Chief United States District Court Judge